IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMIRA RANDOLPH-ALI** | : | CIVIL ACTION NO. 1:CV-10-2387 |
| | : | |
| Plaintiff | : | **(CHIEF JUDGE KANE)** |
| | : | (Magistrate Judge Prince) |
| v. | : | |
| | : | |
| **CITY OF HARRISBURG,** et al. | : | |
| | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a February 17, 2011 report and recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Prince.

2) Defendants' Motion to Dismiss (Doc. No. 3) is **GRANTED**.

s/ Yvette Kane<br>
YVETTE KANE, Chief Judge<br>
United States District Court<br>
Middle District of Pennsylvania

Dated: March 10, 2011